**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | | |
|---|---|---|
| **FERRELL ODEN,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **CIVIL ACTION NO. 10-00212-KD-M** |
| | ) | |
| **TOM VILSACK, Secretary of the** | ) | |
| **United States Department of Agriculture,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**JUDGMENT**

In accordance with the Court's Orders dated April 9, 2013 (Doc. 154), and August 9, 2013 (Doc. 171), it is hereby **ORDERED, ADJUDGED,** and **DECREED** as follows:

1.  that **JUDGMENT** is entered in favor of Plaintiff Ferrell Oden ("Oden") and against Defendant Tom Vilsack, Secretary of the United States Department of Agriculture ("the USDA"), in the amount of **$175,033.46** (consisting of **$73,900.00** in actual damages, **$95,725.25** in attorneys' fees and **$5,408.21** in costs);

2.  that **JUDGMENT** is entered in favor of Intervenor Dwight E. Jefferson ("Jefferson") and against Oden in the amount of **$20,829.84** in *quantum meruit* attorney's fees and expenses, said amount to constitute an attorney's lien to be paid from the amounts awarded to Oden pursuant to Paragraph 1 of this Judgment; and

3.  that the USDA shall pay all sums due to Oden pursuant to Paragraph 1 of this Judgment into the Clerk of Court, who is **DIRECTED** to then distribute **$20,829.84** of that amount to Jefferson, with the remaining amount to be distributed to Oden in the care of his attorneys.

**DONE** and **ORDERED** this the **12th** day of **August 2013**.

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE
UNITED STATES DISTRICT JUDGE**